IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA v. DERRELL JOHNSON | CRIMINAL ACTION NO. 24-14-3 |
|---|---|

**ORDER DENYING DEFENDANT JOHNSON'S MOTIONS TO SEVER AND DISMISS**

**AND NOW**, this 26th day of April, 2024, after reviewing briefing from the government and Defendant Johnson and holding oral argument on the merits, it is **ORDERED** that this Court **DENIES** Defendant Johnson's Motions to Sever and Dismiss (ECF Nos. 49 and 50). With respect to Defendant Johnson's Motion to Sever, this Court **DENIES without prejudice** for renewal as trial approaches.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\24-14-3 Order Denying Defendant Johnson's Motions.docx